# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Jennifer Lea Higdon, Individually, and as Temporary Administrator of the Estate of Timothy Sean Higdon,; Certain Underwriters of Lloyd's of London as Subrogees of Jennifer Lea Higdon and Timothy Sean Higdon pursuant to Policy No. LSP4852166I<br><br>Plaintiffs,<br><br>v.<br><br>BMW of North America, LLC,<br><br>Defendant, | Civil Action File No.<br>25-cv-07297-SCJ |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and their respective counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this above-captioned action be voluntarily dismissed without prejudice, with each party bearing its own attorney's fees and costs.

Dated:  June 4, 2026

**BARNES LAW GROUP, LLC**

/s/ *John R. Bevis*
Roy E. Barnes
 Georgia Bar No.039000
John R. Bevis
 Georgia Bar No. 056110

31 Atlanta Street
Marietta, GA  30060
Phone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgoup.com


**Attorneys for Plaintiff Jennifer Lea Higdon, Individually, and as Temporary Administrator of the Estate of Timothy Sean Higdon**

**FRIED BONDER WHITE, LLC**

/s/ David S. Fried
David S. Fried
 Georgia Bar No. 277319

730 Peachtree St NE
#600
Atlanta, GA  30308
Phone: (770) 227-6375
dfried@friedbonder.com


and

**AMBORELLA LAW PLLC**

/s/ Emma Cone-Roddy
Emma Cone-Roddy*
2390 E. Camelback Road, Suite 130
Phoenix, AZ 85016
Phone: (480) 878-1533


**Attorneys for Plaintiff Certain Underwriters of Lloyd's of London as Subrogees of Jennifer Lea Higdon and Timothy Sean Higdon pursuant to Policy No. LSP4852166I**

*\* Admitted Pro Hac Vice*

**MARSH ATKINSON & BRANTLEY**

/s/ Ashley C. Webber
C. Bradford Marsh, Esq.
  Georgia Bar No. 471280
Ashley C. Webber, Esq.
  Georgia Bar No. 083593
Elizabeth P. Pittman, Esq.
  Georgia Bar No. 194065

271 17th Street NW, Suite 1600
Atlanta, Georgia 30363
Phone: (404) 600-0570
brad.marsh@mablawfirm.com
ashley.webber@mablawfirm.com
elizabeth.pittman@mablawfirm.com

**BOWMAN AND BROOKE LLP**

/s/ Matthew G. Berard
Thomas P. Branigan*
Matthew G. Berard*
Kimberley A. Parrish*

101 West Big Beaver Road, Suite 1100
Troy, MI 48084
Phone: (248) 205-3300
thomas.branigan@bowmanandbrooke.com
matthew.berard@bowmanandbrooke.com
kimberley.parrish@bowmanandbrooke.com

 * *Admitted Pro Hac Vice*

*Attorneys for Defendant BMW of North America, LLC*